IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

**ROBERT LARDE**                                                                        **PLAINTIFF**

V.                     **CASE NO. 3:10CV00212 JMM**

**UNITED STATES OF AMERICA**                                       **DEFENDANT**

**ORDER**

On September 7, 2010, Plaintiff filed his Complaint against the United States of America alleging medical malpractice against the Department of Veterans Affairs for the care and treatment he received at the Veterans Affairs Medical Center in Memphis, Tennessee.

Plaintiff has failed to properly serve the United States as required by the Federal Rules of Civil Procedure. Under Rule 4(i), Plaintiff must served the United States Attorney in Little Rock with a copy of <u>both</u> the summons and complaint <u>and</u> must served a copy of <u>both</u> the summons and complaint to the Attorney General of the United States in Washington, D.C. *See* Fed. R. Civ. P. 4(i)(A) (emphasis added). Plaintiff has only served the United States Attorney in Little Rock with a copy of the summons.

There is a pending Motion to Dismiss based upon this failure to complete service in a timely manner. Plaintiff is directed to respond to this pending motion and provide proof that he has completed service upon the United States Attorney in Little Rock and the Attorney General of the United States in Washington, D.C. on or before  June 15, 2011.  Failure to complete service or respond to the Court's Order may result in dismissal without prejudice of Plaintiff's complaint.

IT IS SO ORDERED THIS  25   day of    May  , 2011.

_____
James M. Moody
United States District Judge