IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

**ROBERT LARDE**                                        **PLAINTIFF**

V.                  **CASE NO. 3:10CV00212 JMM**

UNITED STATES OF AMERICA                       **DEFENDANT**

**ORDER**

Pursuant to the Order entered on this day, it is Considered, Ordered and Adjudged that Plaintiff's complaint is dismissed without prejudice.

**IT IS SO ORDERED THIS  17   day of  June    , 2011.**

_____
**James M. Moody**
**United States District Judge**